KORULA T. CHERIAN (Bar No. 133967)
sunnyc@cherianllp.com
ROBERT M. HARKINS (Bar No. 179525)
bobh@cherianllp.com
**CHERIAN LLP**
2001 Addison St, Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190

THOMAS M. DUNHAM (pro hac vice)
tomd@cherianllp.com
J. MICHAEL WOODS (pro hac vice)
michaelw@cherianllp.com
**CHERIAN LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

*Attorneys for Defendant OPTIMUM IMAGING TECHNOLOGIES LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FUJIFILM NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OPTIMUM IMAGING TECHNOLOGIES LLC,<br><br>Defendant. | Case No. 4:24-CV-03297-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE** |

Declaratory judgment Plaintiff Fujifilm Corporation ("Plaintiff") and Defendant Optimum Imaging Technologies, LLC ("Defendant") have resolved all claims and counterclaims asserted in this case.

Plaintiff and Defendant, through their attorneys of record, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all claims and counterclaims asserted in this case, with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

DATED: May 1, 2025                    Respectfully Submitted,

*/s/ Sten Jensen*

Bas De Blank (SBN 191487)
basedeblank@orrick.om
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7400

Steven J. Routh (DC Bar No. 376068)
srouth@orrick.com
Sten Jensen (DC Bar No. 443300)
sjensen@orrick.com
T. Vann Pearce, Jr.
vpearce@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

***ATTORNEYS FOR PLAINTIFF FUJIFILM CORPORATION***

*/s/ Robert M. Harkins*

ROBERT M. HARKINS (Bar No. 179525)
bobh@cherianllp.com
KORULA T. CHERIAN (Bar No. 133967)
sunnyc@cherianllp.com
CHERIAN LLP
2001 Addison St, Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190

**Cherian LLP**
2001 Addison Street, Suite 275
Berkeley, CA 94704

THOMAS M. DUNHAM (pro hac vice)
tomd@cherianllp.com
J. MICHAEL WOODS (pro hac vice)
michaelw@cherianllp.com
**CHERIAN LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

***ATTORNEYS FOR DEFENDANT OPTIMUM IMAGING TECHNOLOGIES LLC***

Cherian LLP
2001 Addison Street, Suite 275
Berkeley, CA 94704

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attest that all signatories listed concur in this filings content and have authorized this filing.

>    */s/ Robert M. Harkins*
>    Robert M. Harkins, Jr.
>    SBN 179525
>
>    *Attorney for Defendant*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date:   5/2/2025

>    The Honorable Haywood S. Gilliam, Jr.
>    United States District Judge

**Cherian LLP**
**2001 Addison Street, Suite 275**
**Berkeley, CA 94704**